**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Frances Gilbert, | ) | No. CV-07-0854-PHX-FJM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Maricopa County Superior Court, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

This action was filed on April 26, 2007, and an amended complaint on November 14, 2007, against the Superior Court of Arizona in Maricopa County and nine individual defendants. The action was reassigned to us on February 20, 2008. The complaint alleges employment discrimination but does not invoke any specific rights. The court has before it defendants' partial motion to dismiss and partial motion for more definite statement (doc. 9), filed November 14, 2007. Defendants move to dismiss all claims against the individual defendants and all claims against the State, except for any Title VII sex discrimination claim, for which they request a more definite statement. Plaintiff has failed to respond.

Under LRCiv. 7.2(c), plaintiff had ten days to respond to the motion. Obviously, that deadline has been egregiously ignored. Under LRCiv 7.2(i), non-compliance with the Local Rules "may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily."

Accordingly, **IT IS HEREBY ORDERED GRANTING** defendant's partial motion to dismiss and partial motion for more definite statement (doc. 9). Plaintiff shall have ten days from the date of this order to file a more definite statement of any Title VII sex discrimination claim against the State. Rule 12(e), Fed. R. Civ. P. If a more definite statement is not timely filed, the clerk is directed to enter final judgment without further order from this court.

DATED this 8th day of May, 2008.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge